**2009–1324. Davis v. Cincinnati.**
Hamilton App. No. C–080464.

**2009–1325. State v. Crossty.**
Butler App. No. CA2008–03–070, 2009-Ohio-2800.

**2009–1328. State v. Hall.**
Warren App. No. CA2008–08–101, 2009-Ohio-2799.

**2009–1333. Reighard v. Cleveland Elec. Illuminating Co.**
Ashtabula App. No. 2008–A–0063, 2009-Ohio-2621.
 O'DONNELL, J., dissents and would accept the appeal on Proposition of Law No. II.

**2009–1337. Luna–Corona v. Esquivel–Parrales.**
Butler App. No. CA2008–07–175, 2009-Ohio-2628.
 O'DONNELL, J., dissents.

**2009–1341. Morrow v. Reminger & Reminger Co., L.P.A.**
Franklin App. No. 08AP–925, 2009-Ohio-2665. Discretionary appeal not accepted. Motion for admission pro hac vice of Sean M. Hanifin and Steven W. McNutt by W. Frederick Fifner granted.

**2009–1343. Faivre v. DEX Corp. Northeast.**
Franklin App. No. 08AP–729, 182 Ohio App.3d 563, 2009-Ohio-2660.

**2009–1347. State v. Smith.**
Hamilton App. No. C–080685.

**2009–1351. Cincinnati v. State Emp. Relations Bd.**
Hamilton App. No. C–080819, 2009-Ohio-2834.

**2009–1355. Toledo v. Colbert.**
Lucas App. No. L–08–1209, 2009-Ohio-2766.

**2009–1359. Erie Islands Resort & Marina v. Fowler.**
Ottawa App. No. OT–08–052, 2009-Ohio-2925.

**2009–1366. Alliance Excavating, Inc. v. Triangle Real Estate Servs., Inc.**
Franklin App. No. 08AP–535, 2009-Ohio-2761.

**2009–1375. State Road Assoc. v. Cuyahoga Falls.**
Summit App. No. 24362, 2009-Ohio-2859.

**2009–1376. Argo Constr. Co., Inc. v. Kroger Ltd. Partnership I.**
Clinton App. No. CA2008–09–038, 2009-Ohio-2811.

**2009–1377. State v. Powell.**
Lake App. No. 2008–L–116, 2009-Ohio-2821.

**2009–1378. State v. Powell.**
Lake App. No. 2007–L–187, 2009-Ohio-2822.

**2009–1381. Ryder v. McGlone's Rentals.**
Crawford App. No. 3–09–02, 2009-Ohio-2820.
 LANZINGER, J., dissents.

**2009–1385. FirstEnergy Corp. v. Cleveland.**
Cuyahoga App. No. 91624, 182 Ohio App.3d 357, 2009-Ohio-2257.

**2009–1388. State v. Howard.**
Hamilton App. No. C–080565.

**2009–1390. State v. Fuller.**
Hamilton App. No. C–040318.

**2009–1393. State v. Taylor.**
Mahoning App. No. 07 MA 115, 2009-Ohio-3334.